STEVEN HANSEN *v.* JOSEPH CAMMAROTA ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court (AC 17004) is denied.

BERDON, J., did not participate in the consideration or decision of this petition.

*Brenden P. Leydon,* in support of the petition.

*Mary Badoyannis* and *Amy J. LiVolsi,* in opposition.

Decided July 14, 1997

NATIONWIDE MUTUAL INSURANCE COMPANY ET AL. *v.* JOHN B. FERRARO

The defendant's petition for certification for appeal from the Appellate Court (AC 16849) is granted, limited to the following issue:

"Whether the Appellate Court properly dismissed for lack of aggrievement the defendant's appeal of the acceptance by the trial court, midtrial, of the plaintiffs' withdrawal of action pursuant to General Statutes § 52-80?"

The Supreme Court docket number is SC 15733.

*Michael D. O'Connell,* in support of the petition.

Decided July 14, 1997

RONALD LABOW, TRUSTEE, ET AL. *v.* MYRNA LABOW

The defendant's petition for certification for appeal from the Appellate Court (AC 16762) is denied.

*Myrna LaBow,* pro se, in support of the petition.

*Stuart M. Katz,* in opposition.

Decided July 14, 1997